In and For the United States District Court Southern District of Florida

In Re: Jane Doe

Jane Doe

V

Bridgecrest Acceptance AKA Bridgecrest Acceptance Corporation AKA Bridgecrest Acceptance Corporation as Assignee, DBA
Steven J Fink DBA Steven J Fink & Associates
South Florida Auto Recovery

FILED BY_____D.C.

OCT 1 4 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Venue is Set for Article 3, Section 2 Clause 1
Exclusive Inherent Equitable Jurisdiction**

## Bill in Equity

## Statement of Rights

Petitioner states that she holds priority equitable interest in properties taken without notice, without just compensation, with the exclusive right to take the legal titles of the defendants, and states that her rights are not cognizable at law, that there is no remedy at law for the petitioner, where the petitioners rights are the remedy is, and the petitioners rights are seen only in exclusive inherent equity jurisdiction where the bill is a living being. Petitioner states that she also has the right when criminal element is present to invoke a right of recovery and other rights. Petitioner is entitled to full and complete accounting of all transactions pertaining to #Vin 2FMDK3GC9DBB02569 and is wholly entitled to make claim on the same.

## Statement of Facts

Petitioner comes now with priority equitable interest in this cause and intends and verifies that this cause is in good faith without the intent to defraud.

\* = Redacted to preserve the integrity of the Judiacature Act and avoid other various jurisdictions which are deemed and intended to be excluded

That the Defendants have caused the taking of private property for public use without just compensation based upon a fictitious obligation created by defendant Steven J Fink who has caused irreparable injury, created fictitious obligation through a simulation of legal process ( Punishable by indictment) use of the color of law system and have caused the petitioner great loss in assets, time, reputation, locomotion, financial destruction, obstruction of peaceful enjoyment of property to which she is entitled, and other crimes against the petitioners private rights for lucre, acted against fiduciary duties, caused unlawful search and seizure of my private property and effects, issued and uttered fictitious obligations, acted to conspire against my rights and other crimes alongside the other defendants.

Defendant Steven J Fink, after a discussion on the phone ( where he presumed but failed to confirm that I was the previous owner, and am, in fact the now owner, the defendant failed to return property within a reasonable time frame despite various highlights of federal and state crimes, breaches of trust, and violations of his own oath to which he is bound ( see redacted / attached email discussion with Steven Fink exhibit 1).* Petitioner attempted to reason with Steven J Fink who instead of taking his oath and fiduciary duty seriously, elected to ignore the emails and demands for the return of the property by 6:00 pm EST on the day it was taken.

The property in question is Vin # 2FMDK3GC9DBB02569, Black Ford Edge, which was sold into my private possession in September 25 of 2019 by Bill Of Sale and confirmed on September 30, 2019, and remains the intended sole property of the petitioner who holds highest equitable interest in the property with the absolute right to take all legal titles involved in the transactions where my property is involved. ( See Bill of Sale Exhibit 2).

Petitioners Bill of Sale was executed privately and protected under private contract and exclusive property rights as well as via official fiduciaries who have been extraordinary in their aid of duty for my protection of my private property up until the interruption of Steven J Fink and his criminal acts against my property to which I hold no obligation to him or any of the other fraudulently interested parties.

* = Redacted to preserve the integrity of the Judiacature Act and avoid other various jurisdictions which are deemed and intended to be excluded

In December 11, of 2019, Defendant Steven Fink elected to cause to be filed, as attorney for the defendant, in a fiduciary position, a fictitious obligation with fictitious clientele whose name does not appear on any documentation presented in his cause ( **Bridgecrest Acceptance Corporation as Assignee**) ( see exhibit 4)  suggesting fraudulent activity and attempted to circumvent  and did violate a lawful private agreement Bill of Sale and Acceptance.  Further  Steven Fink, failing to do diligence failed to notify the petitioner of any pending action against the petitioners property and personal property of others that was with the property unlawfully taken under fictitious obligation.

On the morning of October 13, 2020, petitioner was faced with her property having been missing. Petitioner did speak with local officers who, because of the petitioners inherent rights, did not file a criminal case, but  the officer did state that procedurally, that the defendant South Florida Auto Recovery  is required to notify "authorities" of the whereabouts of any property seized  30 minutes after it is removed.  This requirement was failed by Defendant South Florida Auto Recovery who conspired against the rights of the petitioner by acts  initiated by Steven J Fink, with Steven J Fink whose true identity is also questionable.

The property in question was also under an additional private contract with a fiduciary under private protections (private agreement available in chambers for viewing) to which the petitioner is entitled to equal protections, right of contract, right of property, right of peaceable enjoyment, and other exclusive property rights intended for the petitioners use and enjoyment.

Defendant Steven Fink did attempt to and did successfully breach his fiduciary duty and subject other private fiduciaries to violate their duties to the trust property and did violate additional rights against his subscribed oath to this United States of America and its constitution  causing breach of fiduciary duty to others involved in actively protecting the rights of the petitioner and her property.  A trust will not fail for want of trustee.

Other defendants involved have acted in a criminal capacity against the property of the petitioner causing irreparable harm, as the petitioner has right of locomotion The defendants now demand a sum

\* = Redacted to preserve the integrity of the Judiacature Act  and avoid  other various jurisdictions which are deemed and intended to be excluded

of 3600.00 plus additional monies in order to obtain my property which is extortion and absolutely unacceptable, see:

To Protect and' Enforce Rights to Property the Object of Suits in Chancery.—The term "property," as used in this section, includes everything that is the subject of exclusive individual ownership; or, to be more specific, includes not only lands, houses, goods and chattels, rights and credits, but, also, a man's person, and his wife and minor children, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account therefor, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good".

Additional rights are invoked in this chancery jurisdiction and Further doctrines to which Steven Fink and other defendants have violated and continues to violate in this inherent jurisdiction are as follows:

*" The doctrine that Equity requires good works as well as good faith, is especially enforced against trustees, and all other persons, who act in a capacity of trust for others especially in a fiduciary capacity, such as executors, guardians, agents, receivers, <u>clerks of courts</u> and of individuals, secretaries, treasurers, and other officers of firms, societies and <u>corporations</u>, book-keepers, guardians ad litem, next friends, <u>attorneys</u> and confidential advisors. <u>Any of these persons, when acting for others in reference to matters of property or business entrusted to their care and management, is to that extent a trustee, and subject to all the obligations imposed by Courts of Equity on trustees, and held chargeable for all losses resulting from their want of due diligence, equally with losses resulting from downright bad faith.</u> " - A Treatise on Suits in Chancery, Henry Richard Gibson "*

<div align="center"><u>**Prayer for Relief**</u></div>

\* = Redacted to preserve the integrity of the Judiacature Act and avoid other various jurisdictions which are deemed and intended to be excluded

**Petitioner prays for immediate replevin of the property known as** Vin # 2FMDK3GC9DBB02569 to be returned to the petitioners possession immediately, an emergency Injunction against future takings by the defendants, void the unlawful orders for the fictitious obligation uttered by Steven J Fink for the property being in the previous owners name and account for all transactions pertaining to the property VIN # 2FMDK3GC9DBB02569 since its inception. Further, because the petitioner is fully entitled to Full Faith and Credit and makes an election as a civilian of the United States of America under Full Faith and Credit Clause, that the court take into consideration the Full Faith and Credit private trust documents and any other debts created by the trustees and resultant trustees in this cause, and any other cause where Equity takes full jurisdiction to avoid a multiplicity of suits, as an obligation to the United States and the Secretary of treasury as the Guarantor and that this court complete the duty for the trust and any other relief this court deems just. Petitioner verifies that there is no speedy remedy at law, that the petitioner is entitled to all relief requested and that irreprable injury will continue to occur should this court not take immediate action.

Petitioner verifies under penalty and perjury under the laws of the United States of America that everything in this petition is true and correct.
Petitioner verifies that she has full knowledge of the facts.

Executed on: October 14, 2020

Signature: _For the benefit of Summit Danielle Dial_

Steven J Fink
25 East Washington, Street
# 1233
Chicago, Illinois 60602

South Florida Auto Recovery Corp
650 NW 30th Street
Miami, Fl. 33127

\* = Redacted to preserve the integrity of the Judiacature Act and avoid other various jurisdictions which are deemed and intended to be excluded

Certificate of Service

I verify that this cause was deposited into this courts depository as a special cause and has served the defendants copies via United States Postal Service in accordinance with the all laws

Steven Fink, 25 East Washington Street
Suite 1233, Chicago, Illinois 60602
South Florida Auto Recovery
658 NW 30th Street Miami, Florida

* = Redacted to preserve the integrity of the Judiacature Act and avoid other various jurisdictions which are deemed and intended to be excluded