To: &lt;marymarycontrary@mail.com&gt;

Bcc: Sfink26340@aol.com

madamg777@yahoo.com

Date: Oct 13, 2020 10:13:37 AM

<u>Special Private Priority Cause</u>

Good Day,

I, private civilian, spoke briefly with you regardng the action against private property known as 2FMDK3GC9DBB02569.

Irreprable injury has occored by your actions and will continue to occur unless you take immediate action.

Because you state you are " a debt collector", your actions fall under Fair Debt Collection Practices for starters, which include and is not limited to fraud. ( ~~~~~~~~~~~~~~~~~~~). The acts which occured this morning are acts that your office hasinitiated, originated and put forth against an owner of a Federally Trademarked property which is protected under consumer protection, which is also mentioned in Fair Debt Collection practices act and in fact, excluding information and belief, is private law, however, you are acting in the public representing a " client/ infant" and acting against ~~~~~~ ~~~~~~~ of this United States of America Constitution which is included here for your viewing pleasure: Fourteenth Amendment, Section 3

- No Person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.



- ~~~~~~~~~~ Disqualification from Holding Office
- ~~~~~~~~~~~ Disqualification Clause

Unless you have evidence of that removed disability, It is incumbent upon you to act in the fiduciary capacity that follows your position, and in ~~~~~~~~~~~~~~~~~~~ of this United States Constitution, in Law or Equity, and especially equity, your duties as well asyou and your clients' liabilities are as follows:

To Protect and' Enforce Rights to Property the Object of Suits in Chancery.—The term "property," as used in this section, includes everything that is the subject of exclusive individual ownership; or, to be more specific, includes not only lands, houses, goods and chattels, rights and credits, but, also, a man's person, and his wife and minor children, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account therefor, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good".

Further, you understand that per your subscribed oath for the state of Illinois, ( Unless you neglected the duty to properly take said oath) your duties and liabilities are as follows:

**Constitution of the State of Illinois**



P. 2

**GENERAL PROVISIONS**

OATH OR AFFIRMATION OF OFFICE
Each prospective holder of a State office or other State position created by this Constitution, before taking office, shall take and subscribe to the following oath or affirmation:

"I do solemnly swear (affirm) that I will support the Constitution of the United States, and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of the office of .... to the best of my ability."
(Source: Illinois Constitution.)

Except as the General Assembly may provide by law, sovereign immunity in this State is abolished.
(Source: Illinois Constitution.)

If you are an officer of the state, although technically you are an officer of a court authorized under constitutional provisions of the Constitution of the State of Illinois, you have an oath to the constitution of the United States, and with this self-professed obligation, you are not only bound, but have violated my 4th Amendment which gives me exclusive rights to my person and property and this right has not been waived by presumption of abandonment of my person during our telephone discussion.

You stated that you are a debt collector, you are in violation of your state of Illinois Constitution, the Constitution of this United States of America, Violation of Fair Debt Collection Practices act, Violation of United States Codes ( where all debts are debts of the United States and all debts having been assigned back to the United States regarding this account) your actions against my private property are groundless and seated in Fictitious obligations which is recognized in any county or municipal court and their charters specifically respect these Acts.

Since I truly know that it is always best to speak with your brother before taking any action, I am demanding that you, in good faith, return the property taken, incuding all personal items to the place where your unlawful acts authorized the theft of my private property taken for your public use without just compensation. It should be returned no later than 6:00 PM, EST and all debts removed immediately.

Failure to act will invoke any of the above laws, statutes and codes that I elect for the just compensation of my property, and evidence is in my posession that the property has a bill of sale agreement that is being violated by your actions and further irreprable injury will occur. Because of the physical location in which it was taken, and being a trademarked entity, It is my election to bring this action in a Federal Court for the jurissdiction of my choosing, not limited to the Judiacature Act, which favors equitable over law.

I hold priority equitable interest in this matter, was never notified of any actions being pursued against my property, and because I was given no notice of this cause in the court you elected to perform these acts, your action is void for failure to notify all parties involved for court action on private property. Having said this, again, I demand the immediate return of my property and belngings to the place where it was removed by 6:00 PM.
The location at which the property was taken was 999 West Cypress Creek, Fort Lauderdale, Florida. The police have created a file, and in speaking with this officer, he stte that the procedures for these acts have been neglected as any locomotive property taken into possession MUST be reported within 30 minutes as this has not been done. He is a witness to this cause if necessary.

id like to further remind you that as a private civillian per the state of Illinois COnstitution,

SUBORDINATION OF MILITARY POWER
The military shall be in strict subordination to the civil power.
(Source: Illinois Constitution.

Exhibit 2 P.1

# BILL OF SALE

This Bill of Sale was created on the 25th day of September 2019 in Cook County, Illinois State.

The Parties Akkima Dannielle Briscoe with a mailing address of Post office box 928, Medford Massachusetts hereinafter the Buyer

And

Kimberly Bess with mailing address of 11342 South Church Street, Chicago Illinois hereinafter the Seller hereby agrees as follows:

The Buyer agrees to pay $10.00 U.S. Dollars and other valuable consideration to the Seller, in exchange for the possession and ownership of the following described Vehicle

Black 2013 Ford Edge 4door SUV 160523 miles Q37 6841

Vehicle Identification Number 2FMDK3GC9DBB02569

Odometer Disclosure Statement FEDERAL and STATE LAW requires t you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fine and/or imprisonment. I/We, Kimberly Bess certify the best of my knowledge that the odometer reading of 160,523 Miles.

The actual mileage of the vehicle is accurate, unless one (1) of the following statements is checked: - I hereby certify that the odon reading reflects the amount of mileage in excess of its mechanical

limits. ☑ - I hereby certify that the odometer reading is not the actual mileage. Buyer and Seller acknowledge that the Motor Vehicle is being sold without any representations ("AS-IS") and that after the sale the Seller shall not have any liability other than the details in this Bill of Sale.

Buyer Signature _[signature]_

Print Name _Akkima Brisco_

Seller Signature _Kimberly Boss_

Print Name _Kimberly Boss_

Certificate of Acknowledgement State of _IL_
County of _Cook_ On the _30th_ day of _September_, 20_19_ before me, _Latosha Smith_ personally appeared, _Akkima Dannielle Brisco, Kimberly M Boss_ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

(Notary Signature) _Latosha Smith_ (Print Name) _Latosha Sm_

_8/29/2021_ My Commission Expires:

(seal)

"OFFICIAL SEAL"
LATOSHA SMITH
Notary Public, State of Illinois
My Commission Expires 8/29/2021

Exhibit 1. P.3

All actors acting under the color of law and uttering fictitious obligations are liable in fiduciary capacities and at law.

I have attached for your review and full understanding, the Fair Debt Collection Practices Act Compliance PDF, and do highlight the following statement enclosed, : DebtCollectorsThatAreNotCovered An institution is not considered a debt collector under the FDCPA when it collects •Another institution's debts in isolated instances
Its own debts under its own name •Debts it originated and then sold but continues to service(for example, mortgage and student loans)• Debts that were not in default when they were obtained• Debts that were obtained as security for a commercial credit transaction( for example ,accounts receivable financing) •Debts incidental to a bonafide fiduciary relationship or escrow arrangement (for example, a debt held in the institution's trust department or mortgage loan escrow for taxes and insurance. ConsumerComplianceHandbookFDCPA•1(1/06)•Debts ,regularly ,for other institutions to which it is related by common ownership or corporate control
Other debt collectors that are not covered by the FDCPA include •Officers or employees of an institution who collect debts owed to the institution in the institution's name and Legal-processservers.

for the third and final time I demand that the property be restored to its place where it was taken no later than 6:00PM and as a fiduciary in equitable jurisdiction, I expect this t be done.

Thank You.

# Attachments

- fairdebt.pdf

Order

(Rev. 02/24/05) CCG N002

Exhibit 3 pg. (93)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Bridgecrest Acceptance

v.

Kimberly Bess

No. 19 M6 12411

**ORDER**

This cause coming on to be heard on the return date of Plaintiff's Complaint in Detinue the Defendant ___ appearing after having been served, IT IS ORDERED:

(1) Defendant is ordered to turn over the 2013 Ford Edge VIN: 2FMDK3GC9DBBO2569 within 30 days of this order.

(2) ~~This case to be continued~~ This order to be served, personally, on Defendant

Attorney No.: 52383
Name: Jolen Fink
Atty. for: Plaintiff
Address: 25 E Washington
City/State/Zip: Chicago 60602
Telephone: 312 696 1000

ENTERED:

Dated: Judge Michael R. ___

_____
Judge                Judge's No.

ILLINOIS CIRCUIT COURT, COUNTY OF COOK, 6TH MUNICIPAL DISTRICT

BRIDGECREST ACCEPTANCE CORPORATION, AS ASSIGNEE

    Plaintiff,

    vs.

KIMBERLY BESS

    Defendant.

Case No. 20196012411

FILED
11/1/2019 12:05 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

Claimed: $3,600.00

Return Date: Return Date: 12/11/2019

Courtroom Number: 0207

## COMPLAINT IN DETINUE AND FOR BREACH OF CONTRACT

Count I NOW COMES, Plaintiff, Bridgecrest Acceptance Corporation, as assignee, by and through its attorneys, Steven J. Fink & Associates, P.C. and complains against the Defendant, Kimberly Bess:

1. That Plaintiff is a organized under the laws of the State of Illinois and authorized under law to collect this debt in the State of Illinois.

2. That at the Defendant(s) special instance and request, Plaintiff loaned the Defendant a certain sum of money to be paid back with interest as set forth in the Promissory Note, a true and correct copy of which is attached hereto and made a part hereof as Exhibit A.

3. That Defendant(s) then and there promised to repay the sum with interest to Plaintiff pursuant to their execution and delivery of said Note.

4. Plaintiff remains the holder and owner of said Note and Defendant(s) has defaulted in payments due thereunder.

5. That security for the Note is a 2013 Ford Edge VIN 2FMDK3GC9DBB02569.

6. That the aforementioned property is being wrongly detained by the defendant in that he has failed and refused to return the above item although demand has been made upon him to do so.

7. That the value of the aforementioned property is $3,600.00.

8. That plaintiff claims a return of said property or its value and damages for the detention of the property, costs of this suit and reasonable attorney's fees as allowed in the Note.

FILED DATE: 11/1/2019 12:05 PM 20196012411

WHEREFORE, the plaintiff prays for the following relief:

    a. for an order requiring the defendant to turn over the collateral to plaintiff or the value of the property not delivered;

    b. damages for the detention of said property equal to the balance owed on the contract;

    c. court costs.

    d. judgment against the defendant in the amount of $3,600.00 plus costs of this suit and attorney's fees;

    e. for such other relief as is just.

STEVEN J. FINK & ASSOCIATES, P.C.
Attorneys for Plaintiff
25 E. Washington St., Suite 1233
Chicago, IL 60602
(312) 696-1000 (fax -1007)
Cook County Attorney No. 52383
DuPage County Attorney No. 23961
ARDC No. 03124310
Sfink26340@aol.com
CF00-56

Respectfully Submitted:

/S/ STEVEN J. FINK

STEVEN J. FINK & ASSOCIATES, P.C.

# ILLINOIS CIRCUIT COURT, COUNTY OF COOK, 6TH MUNICIPAL DISTRICT

Exhibit 3.8.4

BRIDGECREST ACCEPTANCE CORPORATION, AS ASSIGNEE
    Plaintiff,
vs.

Case No.

KIMBERLY BESS

    Defendant.

FILED DATE: 11/1/2019 12:05 PM   2019G012411

## AFFIDAVIT AS TO MILITARY SERVICE

Steven J. Fink, 25 E. Washington St., Ste. 1233, Chicago, IL 60602, **AFFIANT**, on oath states:

With respect to defendant: KIMBERLY BESS, 15518 Minerva Ave., Dolton IL 60419.

☐ The Defendant is

☒ The Defendant is not

☐ I am unable to determine whether the Defendant is

in the military service of the United States of America.

This affidavit is based on these facts: <u>A search done via the Service Members Civil Relief Act web site.</u>

/S/ STEVEN J. FINK          October 30, 2019

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the above signed certifies as aforesaid that he verily believes the same to be true.

STEVEN J. FINK & ASSOCIATES, P.C.
Attorneys for Plaintiff
25 E. Washington St., Suite 1233
Chicago, IL 60602
(312) 696-1000 (fax -1007)
Cook County Attorney No. 52383
DuPage County Attorney No. 23961
ARDC No. 03124310
SFINK26340@aol.com

*exhibit B p.5*

FILED DATE: 11/1/2019 12:05 PM   20196012411

## SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT    REPRINT DATE: 4/2/2018    SALES DATE: 05/02/2016

| Buyer (and Co-Buyer) Name and Address | Dealer/Creditor Name and Address |
|---|---|
| Kimberly M Bess<br>15518 Minerva Ave<br>Dolton, IL 60419-2723<br>7084319317 | DRIVETIME CARSALES COMPANY, LLC  DBA: DRIVETIME HIGHLAND<br>9850 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2621<br>2199619530 |

You, the Buyer (and Co-Buyer, if any) shown above, agree to buy the motor vehicle described below (the "Vehicle") on credit subject to the terms and conditions of this contract and security agreement (the "Contract"). By signing below, you represent that you have been quoted only one cash price for the Vehicle. "We", "us" and "our" refer to the Dealer shown above and any person to which we may transfer or assign the Contract.

| New/Used | Model Year and Make | Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2013 Ford | Edge | 2FMDK3GC9DBB02569 | [X] Personal  [ ] Agricultural<br>[ ] Business |

| Trade-In: | 2005 | | Chevrolet | | Equinox |
|---|---|---|---|---|---|
| | Year | | Make | | Model |

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1,500.00 |
|---|---|---|---|---|
| 16.892 % | $ 11,540.43 | $ 19,844.44 | $ 31,384.87 | $ 32,884.87 |

**Payment Schedule**

| Number of Payments | Amount of Each Payment | When Payments Are Due | |
|---|---|---|---|
| 69 | $448.36 | Monthly beginning | 05/17/2016 |
| 1 | $448.03 | Ending | 02/17/2022 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.

**Late Payment:** You must pay a late charge on the part of each payment not made within 10 days after the date the payment is due. The charge is $18.50. This amount may change pursuant to Indiana Code §§24-4.5-1-106 and 24-4.5-2-203.5 so as to always be the maximum permitted by law.

**Security Interest:** You are giving a security interest in the Vehicle being purchased. Please read this Contract for additional information on security interests, non-payment, default, and our right to require repayment of your debt in full before the scheduled maturity date and prepayment refunds and penalties.

**Promise to Pay and Payment Terms:** You promise to pay us the Amount Financed, plus Finance Charges accruing on the unpaid balance at the rate of 16.892% per year (the "Contract Rate") from today's date until paid in full. Finance charges accrue on a daily simple interest basis. As outlined above in the Truth In Lending Disclosures you agree to pay this Contract according to the payment schedule by paying the amount stated in the Total of Payments box, or a greater amount. You also agree to pay the late charge shown above and any additional amounts according to the terms and conditions of this Contract.

ANCILLARYRCV01 (05/20/2013)    Page 1 of 5

FILED DATE: 11/1/2019 12:05 PM   2019G012411

## INSURANCE

**YOU MAY OBTAIN INSURANCE ON THE VEHICLE FROM A PERSON OF YOUR CHOICE THAT IS AUTHORIZED TO SELL SUCH INSURANCE AND IS ACCEPTABLE TO US.**

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

### NOTICES REQUIRED BY FEDERAL LAW

Used motor vehicle Buyers Guide. If you are buying a used vehicle with this Contract, federal regulations may require a special Buyers Guide to be displayed on the window of the Vehicle. **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 | Cash Price (including sales tax of $1,054.44 any accessories, their installation, and taxes) | $16848.44 (1) |
| 2 | Down Payment | |
| | Cash Down Payment | $0 |
| | Trade-In Allowance | $1500 |
| | Trade-In Payoff | $0.00 |
| | Payoff To: _____ | |
| | Net Trade-In (Description Above) | $1500 |
| | Total Down Payment | $1,500.00 (2) |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $15,449.44 (3) |
| 4 | Amounts Paid to Others on Your Behalf | |
| | (a) To Public Officials | |
| | License, title & registration fees | $188.00 |
| | *(b) Other Charges: | |
| | *To: DriveTime For Document Preparation Fee | $149.00 |
| | **To: DriveTime For DriveCare Powertrain Protection Plan | $2,895.00 |
| | **To: DriveTime For GAP Coverage | $460.00 |
| | **To: DriveTime For MotionGPS plus SilverRock Warranty | $695.00 |
| | Total Amounts Paid to Others on Your Behalf (a plus b) | $4395 (4) |
| | ** Dealer may retain or receive a portion of these amounts paid to others, except these fees paid to public officials. | |
| 5 | Balance of Cash Price and Other Charges (3 plus 4) | $19,844.44 (5) |
| 6 | Amount Financed | $19,844.44 (6) |

**General Terms; Payments:** You have been given the opportunity to purchase the Vehicle and any other products and services identified in this Contract for the Total Sale Price. The Total Sale Price is the total price of the Vehicle and any other products or services – plus the Finance Charges if you buy them over time. You agreed to purchase the items over time. The Total Sale Price in the TRUTH IN LENDING DISCLOSURES assumes that you will make all payments as scheduled. The actual amount you will pay may be more or less depending on your payment record. You may prepay this Contract at any time without penalty.

**Security Interest:** To secure your obligations, you give us a "first priority" security interest in the Vehicle, all accessions, attachments, accessories and equipment placed in or on the Vehicle and all proceeds of the Vehicle. You also agree to give us a security interest in all money or goods received for the Vehicle and all insurance premiums, service and other contracts we finance. The security interest secures payment of all amounts you owe in this Contract and performance of your other agreements in this Contract. You agree a "first priority" security interest is a security interest before any other party's lien, claim, interest or right in or to the Vehicle. You will not grant anyone else a security interest, lien or any other claim to the Vehicle without our express prior written consent. We reserve our right to setoff insurance proceeds or excess amounts of estimated official fees and taxes that we may receive against the principal amount of what you owe us under the Contract to the extent not prohibited by applicable law.

**Finance Charges:** This is a simple Interest Contract. The finance charges you pay will depend on how you make your payments. Your actual finance charges may be more than the disclosed Finance Charges if you make your payments late or in less than the scheduled amount. We will apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid balance owed under this Contract. Finance charges are earned by applying the Contract Rate to the unpaid Balance of Cash Price and Other Charges shown above for the time such balance is owed, subject to the finance charge free period, if any, described on the first page of this Contract. The Dealer may receive a portion of the Finance Charges.

**Use of Vehicle:** You must take care of the Vehicle. You must obey all laws in using it. You must keep the Vehicle in your possession at the Buyer's address shown above, unless we approve another address in writing. You may not sell or transfer any rights in the Vehicle without our prior written consent. You must keep it free from the claims of others. You will not take it out of the United States without our prior written consent. You will immediately tell us of any change in your address or the address where the Vehicle is regularly kept. You agree not to add to the Vehicle any accessories, equipment or any other property in which any other person has an ownership or security interest.

FILED DATE: 11/1/2019 12:05 PM   2019G012411

**Warranties Seller Disclaims:** Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose. This provision does not affect any warranties covering the vehicle or parts thereof that the Vehicle manufacturer or parts supplier may provide. Only the manufacturer or supplier shall be liable for performance under their warranties.

**Vehicle Insurance:** You must insure yourself and us for the term of this Contract against loss of or damage to the Vehicle with a policy in the Buyer's name. You must maintain comprehensive fire, theft and collision coverage, insuring the Vehicle in an amount acceptable to us, name us as loss payee and provide whatever evidence of insurance we request. We must approve the type and amount of insurance that you obtain. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. If you do not maintain the required insurance, we may buy substantially similar coverage at your expense. We may add the cost of such insurance to your obligations due under this Contract and/or collect those costs separately from you. You agree to pay such costs either upon our demand or in installments, subject to a finance charge at the Contract Rate, if we elect to apply a finance charge. The insurance we buy may, at our option, protect only our interest, or both your interest and ours. Insurance we buy may cost substantially more than insurance you buy. We will cancel the insurance we buy if you give us satisfactory proof of insurance reasonably acceptable to us. Whether or not the Vehicle is insured, you will pay us all you owe under this Contract even if the Vehicle is lost, damaged beyond repair, or destroyed.

You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**Returned Check Charge:** If you make any payment required by this Contract with a check that is returned or dishonored you agree to pay a charge equal to $25 after we provide you with any notice that may be required by applicable law. If the fee is not paid when due, we may add this fee to the unpaid balance of this Contract.

**Default:** You will be in default if any one of the following occurs (except as may be prohibited by law):
1. You fail to make any payment due under this Contract, including any down payment, in full when such payment is due.
2. We are unable to obtain a first priority security interest in the Vehicle.
3. You give another person a security interest in the Vehicle without our consent.
4. You fail to obtain or maintain insurance on the Vehicle as required by this Contract.
5. You gave us false or misleading information on your application relating to this Contract, if we cannot verify any information that you have provided us, if any information you provided to us is false, if we discover a material adverse change in such information during the review process, or if you do not cooperate in the verification and review process described below.
6. You fail to keep any other agreement or promise you made in this Contract.
7. You die, become incompetent, generally fail to pay your debts when they become due or if you file a bankruptcy petition or if one is filed against you.
8. The Vehicle is lost, damaged beyond repair, or destroyed or any other event occurs that causes us to believe that our prospects for payment or realization upon the Vehicle are impaired

If you are in default, we may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this Contract (the entire unpaid balance). If as a consequence of your default we require that you pay the entire unpaid balance, we will charge you interest at the Contract Rate on the entire unpaid balance from the date of our notice to you demanding payment of the entire unpaid balance. Additionally, we may take back (repossess) the Vehicle. We may also take items of personal property found in the Vehicle when we take back the Vehicle and hold them for you. If, after providing you with notice of our intent to dispose of such personal property as required by law and after allowing you time to claim the property as required by applicable law you do not claim your personal property, we will dispose of the personal property in a commercially reasonable manner.

We may cancel any insurance or other products or services you have purchased in this Contract and apply any refunds we receive to the amount you owe. You agree to pay reasonable attorneys' fees if this Contract is referred to an attorney for collection who is not our salaried employee, including attorneys' fees incurred during any bankruptcy proceedings or upon any appeal.

If we take back the Vehicle, we will sell it unless you exercise any right to cure or redeem the Vehicle that you may have under state law. The sale proceeds, less the actual amounts we pay for retaking, holding, preparing for disposition, processing and disposing of the Vehicle, and less our attorneys' fees and legal costs to the extent such costs, fees and expenses are permitted by applicable law, will be used to pay the amount you owe on this Contract. Any money left will be paid to you unless the law requires that we pay it to someone else. If the sale proceeds are not enough to pay off this Contract and costs, and we have complied with the applicable notice requirements, you will be obligated to pay us what is still owed (the deficiency) to the extent permitted by law.

We can, without notice, delay enforcing our rights or exercise only part of them without losing them, waive a right we have without waiving it for subsequent opportunities to exercise that right, and waive a right we have as to one Buyer without waiving it as to the other(s). You also expressly waive demand for payment, notice of non-payment, presentment, notice of dishonor, protest, notice of protest, notice of intent to accelerate and notice of acceleration.

Exhibit 3 p. 7

187000266501

**Assignment:** You may not assign your rights under this Contract without our permission. We may sell or assign our rights in this Contract without your permission. We may sell or assign this Contract for an amount that is more than or less than the Amount Financed.

**General:** Any change in this Contract must be written and signed by you and us. The law of the state of the Dealer's place of business shown in this Contract applies to this Contract. If that law does not allow all the agreements in this Contract, the ones that are not allowed will be void. The rest of this Contract will still be good.

**After-Sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You have agreed to cooperate with the after-sale review and verification process.

**Limitation on Damages:** Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the Vehicle to you if it is beyond our control, not our fault or we are not negligent.

**References/Credit Reports:** We may contact your employer or your references to verify the information you provided to us in your application or in connection with this Contract. We may also contact your employer or your references if we are unable to locate you. The servicer of this Contract may also do so. Federal or state law may limit these contacts. You also consent to us or a servicer, obtaining a credit report(s) in connection with the servicing of the Contract.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither of us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the Vehicle unless otherwise disclosed to you on the AutoCheck Vehicle History Report. You acknowledge that We have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and You accept the Vehicle without representation or warranty from us. You further acknowledge that You had the opportunity to have the airbag(s) checked by someone of your choice prior to the completion of the sale.

**Liability Insurance Required:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Contract. You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**Record Retention:** You agree that we may maintain documents and records related to the Vehicle and the Contract electronically, including but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding relating to the Vehicle.

**Assignment of Dealer:** For value received, Dealer hereby transfers to DT ACCEPTANCE CORPORATION ("Assignee") all of its right, title, and interest in the Contract and the Vehicle. This transfer and assignment is made pursuant to and is subject to any Agreement between Dealer and Assignee by which Assignee has agreed to accept the transfer and assignment of contracts from Dealer.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is a part of this Contract.

**Communication Consent:** You agree that we may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You agree that we may call you, using an automatic telephone dialing system or otherwise, leave you a voice, prerecorded, or artificial voice message, or send you a text, e-mail, or other electronic message for: 1) telemarketing or advertising purposes, 2) any purpose related to the servicing and collection of your accounts with us, or 3) for surveys or research (each a "Communication"). You agree that we may send a Communication to any telephone numbers, including cellular telephone numbers, or email addresses you provided on the first page of this Application. Your consent is not required as a condition of financing or purchase. You can revoke consent at any time by calling 800-987-8526 or by writing DriveTime Customer Service at P.O. Box 52020, Phoenix, AZ 85072. You also agree that we may include your personal information in a Communication. You agree that we will not charge you for a Communication, but your service provider may. In addition, you understand and agree that we may always communicate with you in any manner permissible by law that does not require your prior consent.

FILED DATE: 11/1/2019 12:05 PM   20196012411

## NOTICE TO THE BUYER

DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. YOU ALSO ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED IN COPY OF ALL PAGES OF THIS CONTRACT AT THE TIME YOU SIGN IT.

X _[signature]_
Buyer Signs

X _[signature]_
Co-Buyer Signs

By signing below, the Dealer/Creditor accepts this Contract

X _[signature]_
Dealer

ANCILLARYB(v01 (06/06/2013)

Page 5 of 5

19051385-1

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

I Certify That the document hereunto annexed is under the Seal of the State(s) of Massachusetts, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirty-first day of July, 2019.

Secretary of State

By_____

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

## The Commonwealth of Massachusetts

### William Francis Galvin
### Secretary of the Commonwealth

C-27

C 2145591

Boston, Massachusetts        July 26, 2019

*I hereby certify*

that at the date of the attestation hereunto annexed,

**Karin A Barrett**

Registrar of MA/Vital Records and Statistics
duly Appointed

and that to his/her acts and attestations, as such, full faith and credit are and ought to be given in and out of Court; and further, that his/her signature to the annexed instrument is genuine.

*In testimony of which,* I have hereunto affixed the

*Great Seal of the Commonwealth*



on the first date above written

William Francis Galvin
Secretary of the Commonwealth

prepared by    KRoache

## The Commonwealth of Massachusetts
### SECRETARY OF THE COMMONWEALTH
### DIVISION OF VITAL STATISTICS
### STANDARD CERTIFICATE OF LIVE BIRTH

104

**CHILD**

1a. Place of Birth — County: Middlesex
1b. City or Town: Malden
1c. Name of Hospital: Malden Hospital

City or Town making this return: Malden
Registered Number: 849

2. Name: [redacted] First / Middle / Last
3. Sex: Female
4. This Birth Single, Twin, Etc. Specify: Single
4a. If Not Single, Born First, Second, Etc.: —
5. Date of Birth: June 26, 1977

**FATHER**

6. Full Name: Sylvester Julius Briscoe
7. Birthplace: Chicago, Illinois
8. Age at Time of This Birth: 24
9. Occupation: Guard — Monsanto Chemical Company

**MOTHER**

10. Full Name: Denise Therese Maria Covington Briscoe
11. Birthplace: Summit, New Jersey
12. Age at Time of This Birth: 20
13. Residence: 86 Jerome Street, West Medford, Mass.

### CERTIFICATIONS

14. Attendant: I hereby certify that I attended the birth of this child who was born at the hour of 1:08 A.M., on the date above stated.
(Signature, Physician or other attendant)
Bernard J. Logan, M.D.
82 Forest St., Medford, Mass.

15. Informant: I certify that the information appearing above is true and correct.
(Signature) Mrs. Denise Briscoe
Relationship: Mother
Date: June 28, 1977

16. Rec'd in Clerk's Office: 7/21/77
17. Supplement Filed:
18. Registrar: (signature)

---

JULY 26, 2019

Karin A. Barrett
Registrar of Vital Records and Statistics

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.
IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Promise to pay consideration
Darnell
Akima Buswe
Pay to the order of the United States
without recourse, credit to court

By: Akiama Darnelle Buswe

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND AND EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT.